UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-22593-CIV-King/Garber

PEDRO LASSUS and
LUCIA LASSUS, his wife,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court on the plaintiffs' Motion to Compel Settlement, and the defendant's response thereto. Said Motion was referred to the undersigned by U.S. District Judge James Lawrence King.

From the Motion and response, it is undisputed that the parties settled this litigation whereby the defendant agreed to pay the plaintiffs the sum of $2,500,000.00 in full settlement of all claims. Following the agreed settlement, the cause was dismissed by order of U.S. District Judge James Lawrence King, with the court retaining jurisdiction for the enforcement of the settlement.

The government, in its response, acknowledges the settlement and has submitted a copy of a letter dated February 9, 2007, whereby the Department of Justice approved the settlement. The government further advises that, on February 9, 2007, it has requested a check in the settlement amount from the Department of the Treasury.

Upon due consideration, it is hereby

ORDERED that plaintiff's Motion to Compel Settlement is hereby GRANTED to the

extent that the government shall, on or before March 12, 2007, advise the Court and the plaintiffs as to the status of the issuance of said check by the Department of the Treasury.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of March, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE